**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| BRENDA CLEVELAND | * | |
| BEVERLY CLEVELAND | * | |
| | * | |
| Plaintiffs, | * | Case No. 8:11-cv-02160-PJM |
| | * | |
| v. | * | |
| | * | |
| CONSUMER PORTFOLIO SERVICES, INC. | * | |
| d/b/a CPS, INC. | * | |
| ANN DOE | * | |
| | * | |
| Defendants | * | |

**NOTICE OF VOLUNTARY DISMISSAL**

    **COMES NOW** the Plaintiffs, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby voluntarily dismiss the Complaint without prejudice.

Respectfully submitted this 19th day of October, 2011.

_____
**/s/ Robinson S. Rowe**
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Dr.
Rockville, MD 20852
e-mail: rrowe@rowepllc.com
TEL: (301) 770-4710 / FAX: (301) 770-4710

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 19th day of October, 2011, I caused the foregoing Notice of Dismissal to be served by first class mail, postage prepaid, or via the Court's electronic filing system on all Defendants.

                     **/s/ Robinson S. Rowe**
                     Robinson S. Rowe